

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-21-00194-CR

Chance **WATSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's brief was originally due November 19, 2021. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to December 20, 2021. On December 2, 2021, appellant filed a motion requesting an additional extension of time to file the brief until January 19, 2022, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by January 19, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2021.

_____
Michael A. Cruz,
Clerk of Court